*Felony*

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America <br> v. <br><br> Angel AVALOS <br> *Defendant* | ) ) ) ) ) ) Case No. B-14-835-MJ |

United States District Court
Southern District of Texas
FILED

SEP 06 2014

David J. Bradley, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of **September 5, 2014** in the county of **Cameron** in the **Southern** District of **Texas**, the defendant violated **8 USC 1324**,

an offense described as follows:

Knowing or in reckless disregard of the fact that aliens had come to, entered, or remained in the United States in violation of law, concealed, harbored, or shielded from detection, or attempted to conceal, harbor, or shield from detection, such aliens in any place, including any building or any means of transportation within the United States.

This criminal complaint is based on these facts:

See attachment

☑ Continued on the attached sheet.

*Complainant's signature*

Richard Hensel, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/06/2014.

City and state: Brownsville, Texas

*Judge's signature*

Ignacio Torteya III, U.S. Magistrate Judge
*Printed name and title*

Attachment A

On September 5, 2014, Brownsville Police Department received two telephone calls regarding a gold in color Dodge vehicle being involved in human smuggling in the area of Dawley Street in Brownsville, Texas. This information was relayed to U.S. Border Patrol Agents who responded to the area to investigate. A responding U.S. Border Patrol Agent observed a vehicle matching the description involved in a vehicle accident. At the accident, the agent observed a male fleeing the scene of the vehicle accident and discovered seven persons that were passengers in the vehicle. The responding U.S. Border Patrol Agent interviewed the occupants of the vehicle and determined the seven occupants were undocumented aliens present in the United States.

Based on the information received by the Brownsville Police Department, and details provided by the U.S. Border Patrol Agent who responded to the scene of the vehicle accident, Homeland Security Investigations Special Agents, U.S. Border Patrol Agents, and Brownsville Police Department Officers were able to locate a 17-year-old minor believed to be involved in this human smuggling event. The U.S. Border Patrol Agent who responded to the scene of the vehicle accident was able to positively identify the 17-year-old minor as the person who fled the scene of the vehicle accident. The 17-year-old minor was interviewed by the Brownsville Police Department which revealed that the minor and another male, Angel AVALOS were both involved in this human smuggling event.

An inventory of the vehicle involved in the accident revealed a Texas Department of Criminal Justice treatment program attendance sheet containing AVALOS' name. Homeland Security Investigations Special Agents and Brownsville Police Department Officers were able to locate and apprehend AVALOS. An occupant of the residence where AVALOS was discovered informed law enforcement officers that AVALOS told him he was hiding from law enforcement because he was involved in a car accident. Interviews of the smuggled undocumented aliens revealed one who was able to identify AVALOS from a photographic line-up as the driver of the vehicle used during this human smuggling event. Some of the smuggled aliens stated the driver of the vehicle waved the group into the vehicle from the area in which they were hiding after illegally entering the United States.

Complainant's signature

Richard A. Hensel, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: September 6, 2014

Judge's signature

Ignacio Torteya, III, U.S. Magistrate Judge
Printed name and title

City and state: Brownsville, TX